February 1, 2024

Via E-mail

Burke Decor, LLC
1419 Boardman-Canfield Road, Ste. 280
Youngstown, OH 44512
Attn: Erin Burke

**NOTICE OF DEFAULT**
That certain Growth Line of Credit Agreement, by and between Ampla, LLC, a New York limited liability company ("<u>Lender</u>") and Burke Décor, LLC, an Ohio limited liability company ("<u>Borrower</u>"), dated as of September 27, 2022, (the "<u>Agreement</u>"), as guaranteed by that Limited Guaranty executed by Erin Burke.

Dear Ms. Burke,

Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Agreement.

Pursuant to that certain Notice of Event of Default and Opportunity to Cure dated August 17, 2023 ("<u>Notice of Default</u>"), Lender informed Borrower of various Events of Default (as defined in the Notice of Default) under the Agreement, and although under no obligation to do so, Lender granted Borrower a five (5) business day cure period ending August 25, 2023, wherein Lender reserved all rights and remedies under the Agreement and at law.

Borrower failed to cure the Events of Default within the required time period as set forth in the Notice of Default.

Subsequent thereto, Lender agreed to enter into a Forbearance Agreement (herein so called) dated October 17, 2023, which also included a "Secured Corporate Guaranty" executed by the Secured Corporate Guarantors (as defined in the Forbearance Agreement), wherein Lender agreed to forbear from exercising its rights under Section 33 of the Agreement in connection with the Events of Default; provided that, Borrower comply with the terms of the Forbearance Agreement.

Lender hereby notifies Borrower that various defaults ("<u>Forbearance Defaults</u>") have occurred under the terms of the Forbearance Agreement. Specifically, Borrower has breached (i) Section 3 by failing to deliver the Excess Cash Bullet Payment on January 2, 2024, (ii) Section 1 by failing to deliver the Weekly Payment on January 25, 2024, and (iii) Section 6(i) by failing to join the fifteen (15) minute standing telephone call or videoconference meeting on January 25, 2024. Due to the occurrence of the Forbearance Defaults, Lender is no longer under any obligation to comply with the terms of the

Exhibit 4

Forbearance Agreement and may immediately proceed with exercising its remedies for the Events of Default.

You are hereby notified that Lender has not waived, and expressly reserves, all rights and remedies that it may have at law, in equity or under, the Agreement as a result of the Events of Default and/or Forbearance Defaults as described above or any other past, existing or future Event(s) of Default, breach or other default under the Agreement (collectively, "<u>Agreement Defaults</u>"). Subject to the applicable terms of the Agreement, any of such rights or remedies may be exercised by Lender at any time, in its sole discretion.

Additionally, nothing contained herein, nor any failure by Lender to exercise, nor delay by Lender in exercising, any of its rights and remedies at law, in equity or under, the Agreement or the Forbearance Agreement with respect to any past, existing or future Agreement Default, is intended to constitute, nor shall it constitute, any waiver, estoppel, release, modifications, limitation, forbearance or agreement by Lender to forbear or delay the exercise of any of Lender's rights or remedies at law, in equity or under the Agreement or the Forbearance Agreement, or a waiver or modification of any obligations of Borrower under the Agreement or the Forbearance Agreement. Additionally, no failure by Lender to insist upon the strict performance of any term of the Agreement or the Forbearance Agreement, or failure to exercise any right, power or remedy available to it, and no acceptance of full or partial payment of any amount, or performance of any other obligation, before, after or during the continuance of any Agreement Default, shall constitute a waiver or modification of the Agreement or the Forbearance Agreement, or a course of dealing in connection with any such Agreement Default. No express waiver by Lender, if given, of any Agreement Default or potential breach of the Agreement or the Forbearance Agreement shall affect or alter the Agreement or the Forbearance Agreement in any other manner, and the Agreement shall continue in full force and effect with respect to any other then existing or subsequent breach or Agreement Default.

Without limitation of the other provisions of this Notice of Default, the following shall not be construed as a waiver or release of any rights or remedies by Lender or an indication of a course of dealing, and shall not operate as a course of dealing or to toll any cure, grace or notice period or other applicable period or in any manner give rise to an obligation of Lender to modify the legal relationship evidenced by the Agreement or the Forbearance Agreement: (a) the attendance and/or participation by Lender or its attorneys or other representatives in or at any telephone communications, meetings or other discussions with respect to the Agreement Defaults or the Agreement or the Forbearance Agreement; or (b) any correspondence, statements, discussions, negotiations, meetings, drafts of documents (including without limitation, unexecuted drafts of proposed modifications) or telephone or email communications among Lender and/or its attorneys or other representatives and Borrower or Borrower's attorneys or other representatives with respect to any Agreement Default or any proposed transaction or modifications involving the Agreement or the Forbearance Agreement.



Should you have any questions, please do not hesitate to contact us.

Sincerely,

Anthony Santomo, CEO Ampla