# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMPLA, LLC, | CASE NO.: 4:24-cv-0869 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | |
| BURKE DECOR, LLC, *et al.*, | **DEFENDANT ERIN BURKE'S NOTICE OF SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS** |
| Defendants. | |

**PLEASE TAKE NOTICE** that on June 20, 2024 (the "Petition Date"), Defendant Erin Burke ("Burke" or "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Central District of California (Los Angeles) (the "Bankruptcy Court"). Burke's case is pending in the Bankruptcy Court under Case No. 2:24-bk-14882-BB.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 362 of the Bankruptcy Code, the Debtor's filing of her voluntary petition gives rise to a stay of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 cases or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 cases; (b) the enforcement against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained prior to the commencement of the Chapter 11 cases; and (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's

33838700.1

bankruptcy estate.[1]  No order has been entered in the Chapter 11 case granting relief from the automatic stay.

                Respectfully submitted,

                */s/ Richard H. Blake*
                RICHARD H. BLAKE (0083374)
                McDonald Hopkins LLC
                600 Superior Avenue, East, Suite 2100
                Cleveland, Ohio 44114
                Telephone:    (216) 348-5400
                Facsimile:    (216) 348-5474
                E-mail:  rblake@mcdonaldhopkins.com
                *Attorney for Defendant Erin Burke*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on July 1, 2024.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system. A copy has also been sent via U.S. Mail to the following:

U.S. SMALL BUSINESS ADMINISTRATION
1350 Euclid Ave., Suite 211
Cleveland, OH 44115

                */s/ Richard H. Blake*
                RICHARD H. BLAKE (0083374)
                *Attorney for Defendant Erin Burke*

---

[1] Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtor expressly reserves all rights to contest any claims that may be asserted against the Debtor.