# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMPLA, LLC, | ) |
| Plaintiff, | ) CASE NO. 4:24-cv-00869 |
| vs. | ) JUDGE BENITA Y. PEARSON |
| BURKE DECOR, LLC, *et al.*, | ) **STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ampla, LLC ("Ampla"), Defendants Erin Burke, Burke Decor, LLC, Au Marche, LLC, and Furnishings LA, LLC (the "Burke Defendants"), and Defendant Small Business Administration stipulate that this matter be DISMISSED WITHOUT PREJUDICE. The Parties shall pay their own costs, expenses, and legal fees.

Respectfully Submitted,

PORTER, WRIGHT, MORRIS & ARTHUR LLP

/s/ *McDaniel M. Kelly*
David P. Shouvlin (0066154)
41 S. High Street, Suite 3100
Columbus, OH 43215
614.227.2045
614.227.2100 (fax)
dshouvlin@porterwright.com

McDaniel M. Kelly (0097628)
950 Main Ave, Suite 500
Cleveland, OH 44113
216.443.2538
216.443.9011
mkelly@porterwright.com

*Attorneys for Plaintiff, Ampla, LLC*

McDonald Hopkins LLC

/s/ *Richard H. Blake* (telephone consent)
Richard H. Blake (0083374)
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: rblake@mcdonaldhopkins.com
*Attorney for Defendants Burke Decor LLC, Au Marche LLC, and Furnishings LA, LLC*

/s/ *G. J. Rojas* 10/18/24
Guillermo J. Rojas (0069882)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Voice: (419) 259-6376
Fax: (419) 259-6360
Guillermo.Rojas@usdoj.gov
*Attorney for Defendant Small Business Administration*

24273778

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically through the Court's ECF system on October 22, 2024, and that a Notice of Electronic Filing will be sent to counsel of record for all parties through the Court's electronic system.

/s/ *McDaniel M. Kelly*
*One of the Attorneys for Plaintiff*

24860697.1